1  Frank A. Magnanimo, Esq. – State Bar No. 174570
   *frank@magdeanlaw.com*
2  Lauren A. Dean, Esq. – State Bar No. 174722
   *lauren@magdeanlaw.com*
3  MAGNANIMO & DEAN, LLP
   15260 Ventura Boulevard, Suite 1550
4  Sherman Oaks, California 91403
   Telephone:  (818) 305-3450
5  Facsimile:   (818) 305-3451

6  Attorneys for Plaintiff,
   Yunuen Campos
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  YUNUEN N. CAMPOS, an individual   )  CASE NO.: 2:16-cv-00670-JFW
                                      )
12              Plaintiff,            )  CASE FILED: 1/29/16
                                      )
13  vs.                               )  **DECLARATION OF LAUREN A.**
                                      )  **DEAN RE: ORDER TO SHOW**
14  BERTRAM FULLER, an individual;    )  **CAUSE RE: SANCTIONS**
    ANDREW B. HOLMES, an individual,  )
15  HOLMES, TAYLOR & JONES, LLP, a    )
    limited liability partnership,    )  ASSIGNED FOR ALL PURPOSES TO
16                                    )  JUDGE JOHN F. WALTER
                Defendants.           )
17                                    )
                                      )  DISCOVERY CUT-OFF:     NONE
18                                    )  MSJ CUT-OFF:           NONE
                                      )  TRIAL DATE:            NONE
19                                    )
                                      )
20                                    )
                                      )
21  _____  )

22

23

24

25

26

27

28

1

## DECLARATION OF LAUREN A. DEAN

I, LAUREN A. DEAN, declare as follows:

1.     I am an attorney licensed to practice law before all the courts of the State of California, and I am a partner of Magnanimo & Dean, LLP, attorneys of record for Plaintiff Yunuen Campos ("Campos"). I have personal knowledge of the following, and if called as a witness I could and would competently testify thereto.

2.     This declaration is made pursuant to this Court's Text Entry Order dated April 21, 2016.

3.     Starting on April 2, 2016, I started having nose bleeds. On April 3, 2016, the nosebleeds became severe and lasted between 45 minutes to one hour. As a result of the severe nose bleeds, I spent time at the emergency room on April 3, 2016, doctor appointments on April 4, 5, 6, another emergency room visit on April 6 and subsequent surgery and hospitalization. I was discharged April 7. The surgery proved unsuccessful and I continued to suffer from severe nose bleeds resulting in another visit to the emergency room on April 8, at approximately 4:00 a.m. I again was admitted to the hospital, another surgery was performed and I was discharged on April 10, 2016.

4.     I was out of the office on pain killers and recovering the entire week of April 11.

5.     My partner, Frank Magnanimo, also is my husband. So, during this time period, his time was consumed with caring for me, caring for our children and preparing for a trial then scheduled for April 25, 2016.

6.     Although not fully recovered, I returned to work on April 18, 2016, for a few hours. Defendants filed and served their reply the same day. As of the date of this Declaration, I still am not fully recovered.

7.     I have read through this Court's Standing Order multiple times and I understand my obligation to comply with same. I apologize for my failure to comply with the Standing Order. My oversight was a result of my consumption

2

**DEAN DECLARATION RE: ORDER TO SHOW CAUSE RE: SANCTIONS**

Client Files\CAMP01\005\00068645.WPD

Printed on Recycled Paper

1   with my medical issues, time out of the office and recovery process as set forth

2   above.

3          8.     I respectfully request that this Court refrain from awarding monetary

4   sanctions under the circumstances.

5          I declare under penalty of perjury under the laws of the United States of

6   America that the foregoing is true and correct.  Executed this 22 day of April,

7   2016, at Sherman Oaks, California.

8

9   _____

10  LAUREN A. DEAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEAN DECLARATION RE: ORDER TO SHOW CAUSE RE: SANCTIONS**

Client Files\CAMP01\005\00068645.WPD                                        Printed on Recycled Paper