**HOLMES, TAYLOR & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htjlaw.com
Matthew D. Taylor (SBN: 220032)
matthew.taylor@htjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel: (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Defendants Bertram Fuller,
Andrew B. Holmes, and Holmes, Taylor & Jones LLP*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNUEN N. CAMPOS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BERTRAM FULLER, an individual; ANDREW B. HOLMES, an individual, HOLMES, TAYLOR & JONES, LLP, a limited liability partnership, et al., <br><br> Defendant. | Case No.: 2:16-cv-00670-JFW-PLA <br><br> [Hon. John F. Walter] <br><br> **DECLARATION OF ANDREW B. HOLMES REGARDING ORDER TO SHOW CAUSE RE: SANCTIONS FOR VIOLATING PARAGRAPH 5(f) OF THE COURT'S STANDING ORDER** |

# DECLARATION OF ANDREW B. HOLMES

I, Andrew B. Holmes, declare as follows:

1. I am a licensed attorney qualified to practice before the Courts of the State of California, as well as the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

2. I am a partner in Holmes, Taylor & Jones LLP, and am counsel of record for Bertram Fuller, Andrew B. Holmes, and Holmes, Taylor & Jones LLP (collectively, "Defendants") in this matter. I have personal knowledge of the facts stated herein and if called as a witness could and would testify truthfully thereto.

3. This declaration is filed pursuant to this Court's Text Entry Order dated April 21, 2016 (Docket No. 34) which stated, in relevant part:

> TEXT ENTRY ORDER: The Court has reviewed the docket in this action and determined that counsel have failed to file the proposed Statement of Decision required by paragraph 5(f) of the Courts Standing Order. Accordingly, counsel are ordered to show cause in writing by April 25, 2016 why they should not be sanctioned in the amount of $750.00 for violating the Courts Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or striking of the Motion.

4. My failure to timely Lodge a Proposed Statement of Decision was due to a calendaring error on my part. While I did read through the Standing Order several times, and have referred to it in order to calendar the various dates and deadlines as required in this case, I inadvertently calendared the Lodging as five (5) days after filing the Reply Brief, rather than two (2), as the Standing Order clearly states.

5. This error was due to inadvertence on my part, as I take the Court's Orders very seriously, and did not knowingly violate the Standing Order.

///

///

6. I have no other excuse or explanation to offer. I sincerely regret the calendaring error, and ask that the Court not issue sanctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of April, 2016, at Los Angeles, California.

_____
Andrew B. Holmes